UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-1331**

United States v. James
(D.V.I. No. 3-15-cr-00042-001)

**ORDER**

      Appellant seeks review of the February 7, 2017 oral decision of the District Court denying his motion to dismiss the indictment without prejudice on Speech and Debate grounds. Although it appears that this order may be appealable, see Flanagan v. United States, 465 U.S. 259, 265 (1984) (citation omitted), the parties are ordered to file responses addressing this issue and what effect, if any, the dismissal of the motion without prejudice has on whether the order can be appealed at this time. The responses, with a certificate of service attached, must be filed without within fourteen (14) days from the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:      February 13, 2017
tyw/cc:     Omodare B. Jupiter, Esq.
             Nelson L. Jones, Esq.
             Ronald Sharpe, Esq.
             Delia L. Smith, Esq.
             Amanda R. Vaughn, Esq.
             Justin D. Weitz, Esq.