No. 17-1331

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES v. WAYNE A.G. JAMES

APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES' RESPONSE TO ORDER

RONALD W. SHARPE
United States Attorney

DELIA SMITH
Assistant United States Attorney

RAYMOND HULSER
Chief, Public Integrity Section

JUSTIN D. WEITZ
AMANDA R. VAUGHN
Trial Attorneys

Criminal Division
Public Integrity Section
1400 New York Ave. NW
Washington, D.C. 20005
(202) 514-1412

Pursuant to the Clerk's February 13, 2017 Order, Doc. No. 003112538297, the United States files this Response with its position as to this Court's jurisdiction over defendant-appellant Wayne James's appeal from the district court's oral denial, without prejudice, of his motion to dismiss the indictment against him in *United States v. Wayne A.G. James*, Crim. No. 3-15-CR-42 (D.V.I.), on legislative privilege grounds.

On October 1, 2015, a grand jury sitting in the district of the Virgin Islands indicted defendant-appellant James on three counts of corruption. On February 3, 2017, ten days before trial was scheduled to commence after having been continued for a second time, defendant-appellant James filed a motion to dismiss the indictment on the grounds that a trial on its charges would violate his rights under the Revised Organic Act's speech or debate provision, 48 U.S.C. § 1572(d). The district court held a hearing on the motion on February 7, 2017. At the hearing, the court denied the motion without prejudice to allow counsel for the defendant-appellant to supplement the record with documents counsel had referenced during the hearing but did not have on hand to submit to the district court. The court gave the defendant-appellant until 3:30 p.m. the same day to supplement the

record. The defendant-appellant did supplement the record by 3:30 p.m., but the court never issued an order changing its prior order.[1]

The defendant-appellant filed a notice of appeal from the district court's oral denial of his motion to dismiss on February 9, 2017. The case was docketed in this Court on February 13, 2017. The same day, the Clerk ordered the parties to file, within fourteen days, their positions as to whether this Court has jurisdiction over the defendant-appellant's appeal in light of the district court's denial of his motion to dismiss without prejudice. Doc. No. 003112538297.

This Court previously has found challenges to pending indictments based on speech or debate protections reviewable on interlocutory appeal under the collateral order doctrine. *See United States v. McDade*, 28 F.3d 283, 288-89 (3d Cir. 1994). Given that the district court denied the defendant-appellant's motion to dismiss the indictment on such grounds, that the time provided by the court for supplementing the record expired, and that the court never issued an order changing its position on the motion to dismiss prior to the trial date of February 13, 2017, the United States'

---

[1] The defendant-appellant further supplemented the record on February 8, 2017, with the court's permission. The court still did not alter its prior ruling.

position is that this Court can exercise jurisdiction over the defendant-appellant's interlocutory appeal.

        Respectfully submitted,

        RONALD W. SHARPE
        United States Attorney

        RAYMOND HULSER
        Chief, Public Integrity Section

        */s/ Amanda R. Vaughn*
        Amanda R. Vaughn
        Trial Attorney
        Md. Bar
        Justin D. Weitz
        Trial Attorney
        N.J. Bar No. 03766-2011
        Delia Smith
        Assistant United States Attorney
        Texas Bar No. 24002962

        Criminal Division, Public Integrity Section
        1400 New York Ave. NW
        Washington, D.C. 20005
        (202) 514-1412

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing pleading was filed with the Clerk of the Court using the Court's CM/ECF system.  I further certify that counsel for all parties in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

>*/s/ Amanda R. Vaughn*
>AMANDA R. VAUGHN
>Trial Attorney
>Public Integrity Section

DATED:  February 21, 2017